JS-6 / REMAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOORAJ TODD GRAVORI, M.D., an INDIVIDUAL,<br><br>Plaintiff,<br>vs.<br><br>JENNIFER S. HALPERN, an INDIVIDUAL; BLUE CROSS OF CALIFORNIA, a CALIFORNIA COPORORATION DOING BUSINESS AS ANTHEM BLUE CROSS; TIME WARNER GROUP HEALTH PLAN; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No.: CV 16-1320-DMG (SSx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION AGAINST BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS AND THE TIME WARNER GROUP HEALTH PLAN WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1) AND REMAND ACTION AS TO JENNIFER S. HALPRN [26]** |

Based upon the stipulation of Plaintiff and Defendants Blue Cross of California dba Anthem Blue Cross and the Time Warner Group Health Plan, and for good cause shown:

**IT IS HEREBY ORDERED** that Plaintiff's First Amended Complaint and all claims for relief stated therein against Blue Cross of California dba Anthem Blue Cross ("Anthem") and the Time Warner Group Health Plan (the "Plan") only, are dismissed with prejudice. Plaintiff, Anthem and the Plan shall bear their own attorneys' fees and costs in this matter.

1     Further, the Court declines jurisdiction as to remaining Defendant Jennifer S. Halpern, whose default was entered in State Court (s*ee* Declaration of Plaintiff [Doc. # 24.]).

4     **IT IS HEREBY FURTHER ORDERED** that this action is REMANDED to the Los Angeles Superior Court in order for Plaintiff to proceed accordingly as to Defendant Jennifer S. Halpern.

8 DATED: June 13, 2016

                                           _____
                                           DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE